IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| NATIONAL STABILIZATION AGREEMENT OF SHEET METAL INDUSTRY TRUST FUND, ET AL., | ) ) ) ) | CIV. NO. 10-00233 JMS/LEK |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| DUCT-TER SHEET METAL, LLC, | ) ) | |
| Defendants. _____ | ) ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S AMENDED FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT

Amended Findings and Recommendation To Grant Plaintiffs' Motion For Default Judgment Against Defendant having been filed and served on all parties on November 1, 2010, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to

///

///

///

Title 28 United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Amended Findings and Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, November 30, 2010.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

*Nat'l Stabilization Agreement of Sheet Metal Industry Trust Fund, et al. vs. Duct-Ter Sheet Metal, LLC*, Civ. No. 10-00233 JMS/LEK; Order Adopting Magistrate Judge's Amended Findings and Recommendation to Grant Plaintiffs' Motion for Default Judgment Against Defendant